# United States Bankruptcy Court
## Eastern District of Michigan

In re **Mirta Elisa Casiano-Negroni** Debtor(s)

Case No. **17-47036**
Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **University of Michigan** ("Payor"), at **P.O. Box 2022, Ann Arbor, MI 48106-2022**

immediately forward and make payable to:
**David Wm. Ruskin**
**Chapter 13 Trustee**
**1593 Reliable Parkway**
**Chicago, Illinois 60686-0015**

**$95.54** per ** **Bi-weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

Drafted by:

Debtor's Attorney
**/s/ Gregory L. Dodd**
**Gregory L. Dodd**
**Gregory L. Dodd**
**300 North Huron**
**Ypsilanti, MI 48197**
**734-487-2611**
**greg@gdoddlaw.com**

**(Set forth all names, including trade names used by the Debtor(s) within the last 6 years.)**

**Mirta Elisa Casiano-Negroni (SSN: xxx-xx-4448)**

.

**Signed on May 12, 2017**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge

****weekly bi-weekly semi-monthly monthly**